654

nied. *J. L. Stewart, pro se.*

No. 649.   Cox *v.* WILSON, WARDEN, ET AL.   January 29, 1940.   Petition for writ of certiorari to the Washington County Court, of New York, and motion for leave to proceed further *in forma pauperis,* denied.   *Thomas R. Cox, pro se.*

No. 625.   GETZ ET AL. *v.* BALTIMORE & OHIO R. CO. ET AL.   January 29, 1940.   The motion to dispense with the printing of the record is granted.   The petition for writ of certiorari to the District Court of the United States for the District of Maryland is denied.   MR. JUSTICE ROBERTS took no part in the consideration and decision of these applications.   *Messrs. Meyer Abrams* and *Gersh I. Moss* for petitioners.   *Messrs. Henry W. Anderson* and *Leonard D. Adkins* for respondents.

No. 604.   STANDARD OIL COMPANY OF CALIFORNIA ET AL. *v.* UNITED STATES.   January 29, 1940.   Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied.   MR. JUSTICE STONE took no part in the consideration and decision of this application. *Messrs. Oscar Lawler, Donald R. Richberg, Eugene M. Prince,* and *William H. Burges* for petitioners.   *Solicitor General Jackson, Mr. John W. Preston* and *Annette Abbott Adams* for the United States.   By leave of Court, briefs of *amici curiae* were filed by *Messrs. Edward D. Landels* and *Stanley A. Weigel,* on behalf of the California Land Title Assn.; and by *Messrs Earl Warren,* Attorney General of California, *Robert W. Harrison,* Chief Assistant Attorney General, and *F. Walter French.* Deputy Attorney General, on behalf of that State,—in support of the petition.